# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

NEIL GRENNING,

        Petitioner,

v.

JAMES KEY,

        Respondent.

CASE NO. 3:16-CV-05983-RJB-DWC

ORDER FOR SUPPLEMENTAL BRIEFING

    The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Neil Grenning filed his federal habeas Petition seeking relief from a state court conviction. *See* Dkt. 8. In his Petition, Petitioner raises nine grounds for relief. *Id*. Respondent James Key filed an Answer arguing, in part, that Ground 5 of the Petition was unexhausted and procedurally barred. Dkt. 16. Respondent did not provide additional arguments regarding Ground 5 in the Answer. *See id*. Petitioner filed a Traverse asserting he exhausted Ground 5 and also arguing the state court's adjudication of Ground 5 was contrary to clearly established federal law. *See* Dkt. 24. Respondent filed a Reply reasserting that Ground 5 is unexhausted, but also contending that Ground 5 is without merit and should be dismissed. Dkt. 26.

    The Court has reviewed the relevant record and finds the record indicates Petitioner exhausted Ground 5 in his first state personal restraint petition. *See* Dkt. 17, Exhibit 54, pp. 5-6,

Exhibit 60, pp. 1, 10-12. As Petitioner has likely exhausted Ground 5, the Court will also review Ground 5 on the merits.

In the Reply, Respondent provided some argument that Ground 5 should be dismissed because it lacks merit. Dkt. 26. However, it is not clear if Respondent fully briefed Ground 5 on the merits. *See id*. Further, as Respondent raised this argument for the first time in his Reply, Petitioner was not afforded an opportunity to respond to Respondent's arguments regarding whether Ground 5 should be dismissed on the merits.[1]

To ensure the parties are provided with an adequate opportunity to brief Ground 5 on the merits, the Court orders the following:

- Respondent is directed to file, on or before March 1, 2018, a supplemental answer addressing Ground 5 on the merits. If Respondent wishes to rely on the briefing provided in the Reply, he may file notice with the Court stating as such.

- Petitioner may file a supplemental traverse (response to the supplemental answer) addressing only the new arguments raised by Respondent related to Ground 5 on or before March 29, 2018.

- Respondent may file a reply to the supplemental traverse on or before April 6, 2018.

The Clerk of Court is directed to re-note the Petition for consideration for April 6, 2018.

Dated this 1st day of February, 2018.

David W. Christel
United States Magistrate Judge

---

[1] While Petitioner provided briefing on the merits of Ground 5, he did not have the opportunity to respond to the new arguments raised in Respondent's Reply.