UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL GREENING,

           Petitioner,

   v.

JAMES KEY,

           Respondent.

CASE NO. 16-5983 RJB-DWC

MINUTE ORDER ON CASE SCHEDULE

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

Now pending is a 54-page Report and Recommendation, which recommends denial of Petitioner's habeas corpus petition. Dkt. 61. A prior order set the following deadlines: objections to the Report and Recommendation were due by July 20, 2018; a response to objections to the Report and Recommendation is due by August 2, 2018; and the Report and Recommendation is noted for consideration on August 3, 2018. Dkt. 72.

On July 9, 2018, Petitioner filed his objections, and the objections were renoted by the clerk for July 27, 2018. Dkt. 73. For clarification, the prior scheduling order remains in effect: the deadline for the response to the objections to the Report and Recommendation is due by

MINUTE ORDER ON CASE SCHEDULE - 1

**August 2, 2018**; and the Report and Recommendation is noted for consideration on **August 3, 2018**.

Dated this 23rd day of July, 2018.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER ON CASE SCHEDULE - 2