UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL GREENING,

     Petitioner,

 v.

JAMES KEY,

     Respondent.

CASE NO. 16-5983 RJB DWC

ORDER ON PETITIONER'S RESPONSE TO RESPONDENT'S PRESUMPTIVE MOTION TO STRIKE PETITIONER'S OBJECTIONS TO REPORT AND RECOMMENDATION

 This matter comes before the Court on the Petitioner's Response to Respondent's Presumptive Motion to Strike Petitioner's Objections to Report and Recommendation. Dkt. 78. The Court has considered this pleading, and the remaining record.

 On August 8, 2018, after a full consideration of all Petitioner's objections, the undersigned adopted the Report and Recommendation, denied the petition, and closed the case. Dkt. 76.

 Petitioner filed the instant pleading that same day, on August 8, 2018, and moves the Court to consider all his objections. Dkt. 78. Petitioner's Response to Respondent's

ORDER ON PETITIONER'S RESPONSE TO RESPONDENT'S PRESUMPTIVE MOTION TO STRIKE PETITIONER'S OBJECTIONS TO REPORT AND RECOMMENDATION - 1

Presumptive Motion to Strike Petitioner's Objections to Report and Recommendation (Dkt. 78) should be construed as a motion to consider the objections.

The Court specifically provided in the Order Adopting the Report and Recommendation (Dkt. 76) that it considered all of Petitioner's objections. Accordingly, Petitioner's Response to Respondent's Presumptive Motion to Strike Petitioner's Objections to Report and Recommendation, construed as a motion to consider the objections, (Dkt. 78) should be denied as moot.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 9th day of August, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge